**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **DEREK WILLIAMS,** : | |
|     **Plaintiff,** : | |
| v. : | **CASE NO: 7:24-cv-106-WLS** |
| **HOMESITE INSURANCE COMPANY,** : | |
|     **Defendant.** : | |
| _____ : | |

### ORDER

Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87. This case originated in the Superior Court of Lowndes County, Georgia, Case No. 2024CV1471. On October 4, 2024, Defendant, Homesite Insurance Company ("Homesite"), removed the case to this Court. (*See* Doc. 1). Homesite has not filed a Corporate Disclosure Statement.

Accordingly, Homesite is hereby **ORDERED** to file a Corporate Disclosure Statement **immediately and no later than Tuesday, October 15, 2024**.

**SO ORDERED**, this 10th day of October 2024.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**